NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HEWITT A. GRANT II,                  )
                                     )
            Appellant,               )
                                     )
v.                                   )    Case No. 2D18-3312
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____    )

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.

Hewitt A. Grant II, pro se.

PER CURIAM.

            Affirmed.

NORTHCUTT, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.